UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

                Plaintiff,

-against-

ALLEN EDMONDS CORPORATION and 340 MADISON AVENUE LB SYNDICATION PARTNER LP,

                Defendants.

25-CV-380 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      This case has been reassigned to me. Per the Court's **March 18, 2025** order, Dkt. 16, the parties were required to file a joint case management plan no later than **April 16, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 28, 2025**. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at [https://nysd.uscourts.gov/hon-arun-subramanian](https://nysd.uscourts.gov/hon-arun-subramanian). Additionally, **all counsel must familiarize themselves with the Court's Individual Practices, which are available at** [https://nysd.uscourts.gov/hon-arun-subramanian](https://nysd.uscourts.gov/hon-arun-subramanian).

      In accordance with the Court's Individual Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least **48 hours** before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court.

      SO ORDERED.

Dated: April 24, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge